

null / ALL
**Transmittal Number: 30437151**
**Date Processed: 12/13/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire And Casualty Insurance Company |
| **Title of Action:** | Mary Wheeler vs. State Farm Fire And Casualty Insurance Company |
| **Matter Name/ID:** | Mary Wheeler vs. State Farm Fire And Casualty Insurance Company (16638280) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-20240004162 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 12/13/2024 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | LA Sec of State on 12/11/2024 |
| **How Served:** | Certified Mail |
| Sender Information: | The Morgan Law Group<br>504-399-6595 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**Exhibit A - Petition for Damages**
**1**

# State of Louisiana
# Secretary of State

12/2024

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

Suit No.: 20240004162
21ST JUDICIAL DISTRICT COURT
TANGIPAHOA PARISH

MARY WHEELER
vs
STATE FARM FIRE AND CASUALTY INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY
Served by: J SHOWS

Date: 12/11/2024
Title: DEPUTY SHERIFF

No: 1347865



CZ

**Exhibit A - Petition for Damages**
**2**

*CITATION*

D1351493



MARY WHEELER

VS

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY

**CLERK OF COURT**
*GARY STANGA*

DOCKET NUMBER: C-
20240004162
*Division:* D
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

To:     *STATE FARM FIRE AND CASUALTY INSURANCE*
        *COMPANY*
        THROUGH LOUISIANA SECRETARY OF STATE
        8585 ARCHIVES AVE
        BATON ROUGE, LA 70809

*Parish of EAST BATON ROUGE*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana. You are the named defendant in the above captioned matter. Attached to this citation is a:*

     X   *Certified Copy of Original Petition*
        *Certified Copy of Amended Petition*
        *Discovery Request*

**Article 1001 of the Louisiana Code of Civil Procedure states:**
**A.** A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.
**B.** When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
**C.** The Court may grant additional time for answering.
**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.
**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**
*This service was requested by* DELERNO, ZACHARY J *and was issued by the Clerk of Court on* NOVEMBER 27, 2024.

*Pleading Served*
*PETITION FOR DAMAGES, BAD FAITH VIOLATIONS, AND BREACH OF CONTRACT*

Deputy Clerk of Court for
*GARY STANGA*, Clerk of Court

---

**SERVICE INFORMATION**

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____
served the above-named party as follows:

**Personal Service** on the party herein named _____

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of
_____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____

Returned: Parish of _____ this _____ day of _____, 20_____.

Service$_____
Mileage $_____
Total   $_____

SERVED ON
NANCY LANDRY By: _____
           Deputy Sheriff

DEC 11 2024

**SERVICE**

SECRETARY OF STATE
COMMERCIAL DIVISION

**PREPAID**

**Exhibit A - Petition for Damages
3**

Tangipahoa Parish Clerk of Court  20240004162
Filed Nov 27, 2024 10:22 AM        D
Marquita Dyson
Deputy Clerk of Court

21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

CIVIL NO.                                              DIVISION:

MARY WHEELER

VERSUS

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY

FILED: _____          _____
                                                          DEPUTY CLERK

### PETITION FOR DAMAGES, BAD FAITH VIOLATIONS, AND BREACH OF CONTRACT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, MARY WHEELER (hereafter referred to as the "Plaintiff" or "Insured"), in the above-entitled action, who files this Petition for Damages, Bad Faith Violations, and Breach of Contract against the Defendant named herein, and in support thereof, respectfully represents the following:

1.

Plaintiff is a person of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana.

2.

Made Defendant herein is:

STATE FARM FIRE AND CASUALY INSURANCE COMPANY, an insurance company, authorized to do and doing business in the State of Louisiana (hereafter sometimes referred to as "Defendant" or "Insurer").

3.

Venue is proper in this court pursuant to Louisiana Code of Civil Procedure Article 76, because it is the Parish where the loss occurred or the Insured is domiciled.

4.

Plaintiff owns property located at 46198 Laurie Drive Hammond, FL 70401 (hereinafter, the "Property").

5.

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY issued a policy of insurance covering Plaintiff's Property, which was in full force and effect at the time of the loss

Certified True and
Correct Copy
CertID: 202411270002





**Exhibit A - Petition for Damages**

Tangipahoa Parish

4

Generated Date:
11/27/2024 11:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

asserted herein. The policy number is believed to be 18-CJ-V598-7. All lawful terms of the insurance policy are plead and incorporated by reference.

6.

The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiff's Property that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Louisiana Law.

7.

On or about February 11th, 2024, Plaintiff's Property was damaged directly and/or indirectly by a windstorm creating (hereafter "referenced loss").

8.

As a result thereof, Plaintiff sustained damages to the Property.

9.

Plaintiff gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiff's expenses and losses as a result of the loss.

10.

Subsequently, the Defendant assigned claim number 18-65L5-91Hf or the loss.

**FIRST CAUSE OF ACTION:**
**BAD FAITH VIOLATION OF LA. R.S. 22:1892**

11.

The Plaintiff reported the loss to the Defendant. The Defendant subsequently inspected the Property on or about September, 2024.

12.

After the Defendant's inspection, the Defendant undervalued the damages to the Property and alleged the damages fall below the policy deductible.

13.

In response to the dispute of the calculated amount of loss, Plaintiff invoked the appraisal provision of her policy. Conversely, the Defendant, in turn, responded on October 3rd, 2024, by wrongfully denying the appraisal demand.



Certified True and
Correct Copy
CertID: 2024112700023                    Tangipahoa Parish

**Exhibit A - Petition for Damages**
**5**

Alteration and subsequent re-filing of this certified copy may violate La. R.S 14:132, 133, and/or RPC Rule 3.3(a)(3).

14.

The Plaintiff maintains that she has provided sufficient proof of loss to the Defendant, which includes an Estimate by HP Consulting LLC.

15.

Under **La. R.S. 22:1892** an insurer shall pay the amount of any claim due to any insured within **thirty days** after receipt of satisfactory proofs of losses from the insured or any party in interest. Any insurer that breaches these duties shall be liable for any additional damages and applicable penalties as a result of the breach.

16.

The Plaintiff reserves all rights under the aforesaid bad-faith statutes and avers Defendant's arbitrary denial of the appraisal process and failure to pay the referenced amounts owed, within the delays of time set in the foregoing statutes constitute bad faith violations, with said failure being arbitrary, capricious, or without probable cause.

## SECOND CAUSE OF ACTION:
## BREACH OF CONTRACT

17.

Paragraph 1-16 of this Petition and the allegations contained therein are incorporated as though fully copied herein *in extenso*.

18.

The homeowner's property insurance covering Plaintiff's Property is a valid contract for insurance between Plaintiff and Defendant.

19.

Plaintiff has sustained loss which is covered by the policy and has made a claim and sought recovery for said loss against Defendant, under the provisions contained in the policy.

20.

Despite Plaintiff's payment of premiums for insurance protection, and despite Defendant's obligations to properly adjust Plaintiff's insurance claims and pay Plaintiff for the subject losses referenced herein, Defendant has failed to perform under the policy.

21.

Defendant failed to perform under the policy of insurance by:

a. Not thoroughly investigating the claim;

b. Not paying the claim despite obvious damages;



Certified True and
Correct Copy
CertID: 2024112700026            Tangipahoa Parish

Generated Date:
11/27/2024 11:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Exhibit A - Petition for Damages**
6

c.  Not tendering the proceeds due under the policy in a timely fashion; and

d.  Not acting reasonable under the circumstances

## DAMAGES

22.

As a result of Defendant's action and/or inaction as set forth above, Plaintiff has sustained substantial losses and other damages to be proven at trial, including penalties and attorney's fees.

23.

Plaintiff claims the following damages:

a.  Costs of repairing the Plaintiffs' home;

b.  General damages;

c.  Bad faith damages under La. R.S. 22:1892;

d.  Bad faith damages under Civil Code Article 1997;

e.  Nonpecuniary damages under Civil Code Article 1998;

f.  Moratory damages under Civil Code Article 2000;

g.  Attorney Fees;

h.  Court Costs;

i.  Expert and consultant fees; and

j.  Other damages to be amended, presented in the Pretrial Order, and/or proven at the trial of this matter.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Defendant be served with citation and a copy of this petition, to appear and answer this Petition for Damages and that after due proceedings, that there be judgment herein in favor of Plaintiff and against Defendant, STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, in an amount equal to the sum of all the following and be entered herein as follows:

1.  Awarding all sums due to Plaintiff under the policy on account of the insured losses arising from damage to Plaintiff's Property;

2.  Awarding all other consequential damages, both foreseeable and unforeseeable, that relate to Defendant's breach of contract, including the costs and attorney's fees incurred in bringing this action;



Certified True and Correct Copy
CertID: 2024112700023

Tangipahoa Parish

**Exhibit A - Petition for Damages**

7

Generated Date:
11/27/2024 11:53 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3. Awarding all applicable statutory penalties, costs, and fees recoverable under La. R.S. 22:1892;

4. Awarding all costs of these proceedings;

5. Awarding pre-judgment and post-judgment interest from the date of loss until paid or as allowed by law; and

6. Awarding any such other and further relief which the Court deems necessary and proper at law and in equity and that may be just and reasonable under the circumstances of this matter.

Respectfully Submitted,

**The Morgan Law Group**

CHARLES L. GOWLAND, JR. (LA # 27481)
ZACHARY J. DELERNO (LA # 35749)
1331 Ochsner Blvd., Suite 101
Covington, LA 70433
Telephone:  (504) 399-6595
Facsimile:  (985) 302-0971
cgowland@morganlawgroup.net
zdelerno@morganlawgroup.net
LAPleadings@morganlawgroup.net
mlg.eservice@morganlawgroup.net

PLEASE SERVE:

STATE FARM FIRE AND CASUALTY INSURANCE COMPANY
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809



Certified True and
Correct Copy
CertID: 2024112700023

**Exhibit A - Petition for Damages
8**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)



NANCY LANDRY
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

9489 0090 0027 6567 7037 32



PRIORITY M



ZIP 70802
02 7W
0008035512DEC 12 2024

$015.60⁰